IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Radco Construction Corp., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Sargent Flooring, Inc. | : | NO. 02-CV-3563 |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this      day of October,  2002, it is hereby **ORDERED** and decreed that the Parties are directed to report to the Court within thirty days the results of settlement discussions.

BY THE COURT:

_____
Legrome D. Davis
United States District Judge
Eastern District of Pennsylvania