**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


The Radco Construction Corp.,                             :
                                                          :
     Plaintiff,                                        :                   CIVIL ACTION
                                                          :
      v.                                             :
                                                          :
Sargent Flooring, Inc.                                    :                   NO. 02-CV-3563
                                                          :
     Defendant.                                        :


**ORDER**


     AND NOW, this      day of January   , 2003, upon consideration of Defendant Sargent

Flooring, Inc.'s Praecipe for Voluntary Withdrawal of Default entered against Plaintiff, The

Radco Construction Corporation, filed July 26, 2002, it is hereby **ORDERED** and decreed that

the Default entered July 23, 2002 against Plaintiff Radco for its failure to plead to or otherwise

defend against Defendant's Answer, Affirmative Defenses and Counterclaims to Plaintiff's

Complaint is SET ASIDE.

     This Order formalizes docket entry No. 7, dated July 26, 2000.

     The Clerk of Court is directed to remove this motion form the pending motions list.


                              **BY THE COURT:**


                              _____

                              Legrome D. Davis, Judge