IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RADCO CONSTRUCTION CORP. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| SARGENT FLOORING, INC. | : | NO. 2:02-CV-03563-LDD |

CONFERENCE NOTICE

    Please be advised that a telephone status conference in the above-captioned case will be held on **Tuesday, October 28, 2003 at 3:30 p.m.** with the Honorable Legrome D. Davis. Counsel for plaintiff shall initiate the conference call.

    Failure to comply with this directive may result in the imposition of sanctions.

    Very truly yours,

Isabell C. McIntyre
Deputy Clerk to Judge Legrome D. Davis
267-299-7651
267-299-5076 (Fax)

10/23/03 IMI
J.J. Chomko (E-mail)
W.J. Schmidt (Fax)
M. Sicola (Mail)
S.W. Wiener (Fax)